**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-02112-WJM-KMT

**DANA LIESER,**

    Plaintiff,

v.

**THE HARMONY FOUNDATION, INC., a Colorado not for profit corporation,**

    Defendant.

---

**STIPULATED JOINT MOTION TO DISMISS WITH PREJUDICE**

---

The Parties, Plaintiff Dana Lieser and Defendant the Harmony Foundation, Inc., have reached an amicable settlement in the above referenced matter. The Parties respectfully request that the Court dismiss all of the claims with prejudice, in the above action. The Parties stipulate that all claims shall be dismissed with prejudice, with each Party to bear their own costs and attorney fees. Respectfully submitted this 11th day of January 2021,

| | |
|---|---|
| */s/ Sara A. Green* | */s/ Todd Arthur Fredrickson* |
| Sara A. Green | Katarina L. Niparko |
| Bachus & Schanker, LLC | Todd Arthur Fredrickson |
| 101 W. Colfax Ave., Suite 650 | Fisher Phillips, LLC |
| Denver, Colorado 80202 | 1125 17th St UNIT 2400, |
| Tel: 303-893-9800 | Denver, CO 80202 |
| Fax: 303-893-9900 | t: 303.218.3622 |
| Sara.green@coloradolaw.net | f: 303.218.3651 |
| | kniparko@fisherphillips.com |
| | tfredrickson@fisherphillips.com |
| Attorney for Plaintiff | |
| | Attorney for Defendant |